



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE TAYLOR II, aka FRANK LEE TAYLOR,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JAMES YATES WARDEN PLEASANT VALLEY STATE PRISON,<br><br>　　　　Respondent. | Case No. EDCV 07-0924-GAF(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a *de novo* determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) directing that Judgment be entered denying the amended petition and dismissing the action with prejudice.

//

1 |     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 | Order and the Magistrate Judge's Report and Recommendation by the
3 | United States mail on petitioner.

DATED: __8/6/08__

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&Rs\07-0924.ado
6/25/08