[LODGED CLERK, U.S. DISTRICT COURT — JUN 2 5 2008 — CENTRAL DISTRICT OF CALIFORNIA — BY DEPUTY]

[FILED CLERK, U.S. DISTRICT COURT — AUG - 6 2008 — CENTRAL DISTRICT OF CALIFORNIA — BY DEPUTY]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE TAYLOR II, aka FRANK LEE TAYLOR, <br><br> Petitioner, <br><br> vs. <br><br> JAMES YATES WARDEN PLEASANT VALLEY STATE PRISON, <br><br> Respondent. | Case No. EDCV 07-0924-GAF(RC) <br><br> JUDGMENT |

IT IS ADJUDGED that Judgment be entered denying the amended petition and dismissing the action with prejudice.

DATED: 8/6/08

/s/ Gary A. Feess
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&R\07-0924.jud
6/25/08